**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GERMAN LEE CARTER,

Plaintiff,

vs.

Commissioner of Social Security Administration,

Defendant.

CASE NO. 08 CV 0895 JM (PCL)

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRAL TO MAGISTRATE JUDGE**

**Motion to Proceed In Forma Pauperis**

Plaintiff has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). His motion reflects that he has no significant assets and that his only source of revenue is his Social Security income of approximately $870 a month. Accordingly, the court **GRANTS** Plaintiff's motion to proceed in forma pauperis. The court further orders that the Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying him benefits. All matters arising in this Social Security appeal are hereby referred to

//

//

//

Magistrate Judge Peter C. Lewis for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).

**IT IS SO ORDERED**.

DATED: May 27, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: Magistrate Judge Lewis
All parties