

**FILED**

**7/7/09**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Carter**                                        **08cv895-JM(PCL)**

**-v-**

**Commissioner of Social Security Administration**

**DOCUMENT STRICKEN PER ORDER [15]**

**13**