

Carter                                                                08cv895-JM(PCL)

-v-

Commissioner of Social Security Administration

**DOCUMENT STRICKEN PER ORDER [15]**

**14**