# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

GERMAN LEE CARTER,

          **V.**

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv895-JM(PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the conclusions, findings, and recommendations contained in the Report and Recommendation as modified herein. Accordingly, Plaintiff's motion for summary judgment is denied and Defendant's motion for summary judgment is granted.........................................................................................
........................................................................................................................................................

| July 31, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 31, 2009